AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LAZARO HERNANDEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:21mj86/EMT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 26, 2021,__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) & (b)(2) | Illegal Reentry by a Removed Alien |

This criminal complaint is based on these facts:
SEE ATTACHED SHEET (AFFIDAVIT).

☑ Continued on the attached sheet.

DAVID C PULLEY JR
Digitally signed by DAVID C PULLEY JR
Date: 2021.03.08 16:41:34 -06'00'

*Complainant's signature*

David C. Pulley Jr., Deportation Officer, ICE
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone following e-mail submission.

Date: 3-9-21

*Judge's signature*

City and state: Pensacola, Florida

Elizabeth M. Timothy, Chief U.S. Magistrate Judge
*Printed name and title*

RCV'D USDC FLND PN
MAR 9 '21 AM 10:00