# AFFIDAVIT

I, David C. Pulley Jr., being duly sworn, depose and state the following:

1.  I am a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), assigned to the New Orleans Field Office of Enforcement and Removal Operations (ERO) in Mobile, Alabama. I have been so employed since 2008. As part of my daily duties as a Deportation Officer, I investigate criminal violations relating to immigration laws. The statements contained in this affidavit are based on my experience, training, and background as a Deportation Officer, as well as the statements of other investigators. I have set forth the facts that I believe are necessary to establish probable cause to believe that **Lazaro HERNANDEZ** has violated Title 8, United States Code, Section 1326, Illegal Reentry After Deportation or Removal. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

2.  On or about February 26, 2021, an individual identified as **Lazaro HERNANDEZ** was arrested by the Escambia County Sheriff's Office and booked into the Escambia County Jail in Pensacola, Florida.

1

RCV'D USDC FLND PN
MAR 9 '21 AM 10:01

On or about the same date, the Escambia County Jail sent an e-mail to ICE/ERO to notify us of **HERNANDEZ'S** arrest.

3. Upon enrolling **HERNANDEZ's** fingerprints into an immigration and criminal database, I received a confirmation return that verified the individual arrested was, in fact, **Lazaro HERNANDEZ,** a citizen and national of Mexico who was present in the United States without proper immigration documents allowing him to enter, pass through, or remain in the United States legally.

4. A records check has been conducted in immigration databases and indicates no claims or petitions have been filed by **HERNANDEZ** or on his behalf, which would allow **HERNANDEZ** to enter, remain, or be found in the United States legally. Records for the Alien Registration Number associated with **HERNANDEZ** showed **HERNANDEZ** was ordered removed from the United States by a designated official in Oklahoma City, Oklahoma, on or about January 12, 2010. **HERNANDEZ** departed the United States through the Del Rio, TX; Port of Entry on or about February 16, 2010, as witnessed.

5. A copy of the most recent Warrant of Removal was requested and received from the National Records Center located in Lee's Summit, Missouri, which contained a warning stating that **HERNANDEZ** is

prohibited from entering, attempting to enter, or being in the United States at any time because he has been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act. The warning also stated that after his removal, he must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States.

6. Criminal history records for **HERNANDEZ**'s FBI number, as verified by fingerprints, reveal that **HERNANDEZ** was convicted of a crime designated as an aggravated felony and was subsequently removed from the United States.

7. Based on the above stated facts and circumstances, your affiliant believes probable cause exists that **HERNANDEZ** has violated Title 8, United States Code, Section 1326, Illegal Reentry After Deportation or Removal.

DAVID C PULLEY JR
Digitally signed by DAVID C PULLEY JR
Date: 2021.03.08 16:39:04 -06'00'

DAVID C. PULLEY JR, AFFIANT
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me on this ___ day of March, 2021, in Pensacola, Florida, in that the above affiant attested to and submitted the contents of the foregoing written affidavit via reliable electronic means.

ELIZABETH M. TIMOTHY
Chief United States Magistrate Judge

3