# UNITED STATES DISTRICT COURT
# CRIMINAL MINUTES

Case No. 3:21mj86-EMT  Date: March 10, 2021

Defendant Lazaro Hernandez  Time: Start: 2:04pm  End: 2:11pm

DOCKET ENTRY: <u>INITIAL APPEARANCE ON A **COMPLAINT**</u>

PRESENT:

| | |
|---|---|
| Honorable Elizabeth M. Timothy | Magistrate Judge |
| (Sylvia Williams)/Keri Igney | Deputy Clerk |
| (circle one or identify other _____) | |
| (PNS Recorder)/D. Boland/J. Wycoff | Court Reporter |
| (circle one or identify other _____) | |
| Alicia Forbes | Asst. U. S. Attorney |
| Tom Keith | Defense Attorney |
| Kailey Minnick | U.S. Probation Officer |
| Magali Solimano | Interpreter (if applicable) |

Defendant is in Custody ✓ or is not in Custody

**FILED IN OPEN COURT THIS**
3-10-21 /s/
**CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF FL**

PROCEEDINGS: [**Consent to Video, if applicable**]

1. Advised that he/she is before a U.S. Magistrate Judge ✓

2. Advised of the charge or charges ✓

3. Advised that he/she does not have to make any statement; that defendant has a right to consult with an attorney before making any statement; that any statement made could be used against defendant ✓

4. Advised of right to hire counsel, or have counsel appointed if found to be financially unable to hire counsel ✓

5. Defendant executed CJA 23 ✓

6. Defendant declined to complete CJA Form 23, and was advised that should he later mind, he should advise court _____

7. (a) Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ✓

   (b) Federal public defender appointed under the provisions of 18 U.S.C. § 3006A(f), because defendant appears to have some funds available for payment (Order to follow) _____

   (c) Defendant admitted financial ability to employ counsel _____

   Counsel _____

   (i) Notice of appearance filed? Yes ____ No ____
   (ii) If no, Defendant to return to court on:

   _____ at 11:00/2:00 (central)

   to report to the court regarding retention of private counsel _____

8. Because before the court on a complaint, defendant advised of
of right to preliminary hearing or "probable cause" hearing ✓

    (a) Advised of right to waive preliminary hearing _____

    (b) Preliminary hearing waived with/without prejudice ✓

    (c) Preliminary hearing scheduled* _____
    (*must be within 14 days of I/A if in custody or 21 days if not) _____

9. Government ✓ is seeking detention or ___ is not seeking detention ✓

   (if not, conditions of release set (order to follow)) _____

10. Detention hearing scheduled _____ _____

   (a) Defendant advised of right to hearing within 3 business days _____

11. Defendant waived the detention hearing & reserved the right to
re-open the hearing at a later date ✓

12. Defendant currently under order of incarceration negating necessity
of consideration of detention on this charge(s) at this time _____

13. Defendant advised that he/she could request that an attorney for
the government or a federal LEO to notify a consular officer
from the defendant's country that he/she had been arrested. ✓

    (a) Defendant declined notification ✓

    (b) Defendant requested notification, and government directed
    to ensure notification _____

14. As required by Rule 5(f), the United States is ordered to produce all
exculpatory evidence to the defendant pursuant to Brady v. Maryland
and its progeny. Not doing so in a timely manner may result in sanctions,
including exclusion of evidence, adverse jury instructions, dismissal of
charges, and contempt proceedings. ✓

CLERK'S NOTES: