# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

LAZARO HERNANDEZ

_____/

**INDICTMENT**

3:21-cr-0015-TKW

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about January 10, 2021, in the Northern District of Florida, the defendant,

**LAZARO HERNANDEZ,**

an alien who had previously been excluded, deported, and removed from the United States on or about February 16, 2010, was found to be unlawfully in the United States, having not obtained the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

---

Returned in open court pursuant to Rule 6(f)

3/16/2021
Date

United States Magistrate Judge

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

A TRUE BILL:

███████████████

FOREPERSON

16 MAR 21
DATE

JASON R. COODY
Acting United States Attorney

ALICIA H. FORBES
Assistant United States Attorney