IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:21cr15/TKW

LAZARO HERNANDEZ
_____/

## FACTUAL BASIS FOR GUILTY PLEA

This statement of facts is submitted on behalf of the undersigned parties. All parties agree that if the above-captioned case were to go to trial, the government could produce competent, substantial evidence of the following facts to prove Defendant is guilty of the offense charged in the Indictment to which Defendant is pleading guilty. The parties further agree that all of the following facts are true and correct and that not all of the facts known from or related to this investigation are contained in this brief summary.

## STATEMENT OF FACTS

On or about January 10, 2021, Defendant Lazaro Hernandez was discovered by Department of Homeland Security-Immigration and Customs Enforcement to illegally be in the United States after he was arrested in Escambia County, Florida. ICE records based on his fingerprints confirmed the defendant had been removed from the United States on or about February 16, 2010. Prior to his removal, the defendant had been convicted of a crime designated as an aggravated felony. The

1

defendant had not applied for nor obtained permission from the Attorney General or the Secretary of Homeland Security to reenter the United States.

## ELEMENTS

A defendant can be found guilty of illegal reentry by a removed alien, in violation of 8 U.S.C. § 1326, only if:

*First:* the defendant was an alien at the time stated in the indictment;

*Second:* the defendant had been deported, excluded, or removed from the United States;

*Third:* afterward, the defendant knowingly reentered or was found to be voluntarily back in the United States; and

*Fourth:* the defendant did not have the consent of the Secretary of Homeland Security for the United States to apply for readmission to the United States.

|  |  |
|---|---|
|  | JASON R. COODY<br>Acting United States Attorney |
| _/s/ Thomas S. Keith_<br>THOMAS S. KEITH<br>Attorney for Defendant | _/s/ Alicia Forbes_<br>ALICIA H. FORBES<br>Assistant United States Attorney |
| 4/27/21<br>Date | 4/27/21<br>Date |
| _/s/_<br>LAZARO HERNANDEZ<br>Defendant |  |
| 04/27/21<br>Date |  |